# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 30, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146766 & (12)

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

ALLEN A. LOVE,
     Defendant-Appellant.

SC: 146766
COA: 314000
Oakland CC: 1997-151190-FC

_____/

On order of the Court, the motion to amend the application is GRANTED. The application for leave to appeal the January 31, 2013 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2013


Clerk

s0722